# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | ED CV 19-0441 FMO (KKx) | Date | April 8, 2019 |
| Title | Jeffrey Street v. Refresco Beverages US, Inc. | | |

Present: The Honorable **Fernando M. Olguin, United States District Judge**

| Vanessa Figueroa | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff: Attorney Present for Defendants:

None Present    None Present

**Proceedings:** (In Chambers) Order to Show Cause Re: Jurisdiction

Plaintiff Jeffrey Street ("plaintiff") brought this action against defendant Refresco Beverages US, Inc. ("defendant") in the Central District of California on March 11, 2019. (See Dkt. 1, Complaint). Federal subject matter jurisdiction is premised solely on diversity of the parties.

Plaintiff alleges that the court has subject matter jurisdiction based on diversity of citizenship because plaintiff is a citizen of California and defendant is a citizen of Georgia and Florida. (See Dkt. 1, Complaint at ¶¶ 2-3 & 6). With respect to the amount in controversy, plaintiff makes the bare allegation that "the value of the matter in controversy exceeds $75,000[,]" (id. at ¶ 6), but the court has concerns as to whether the true amount in controversy meets the $75,000 threshold. See 28 U.S.C. § 1332(a).

"The party seeking to invoke the district court's diversity jurisdiction always bears the burden of both pleading and proving diversity jurisdiction." Rainero v. Archon Corp., 844 F.3d 832, 840 (9th Cir. 2016) (quoting NewGen, LLC v. Safe Cig, LLC, 840 F.3d 606, 613-14 (9th Cir. 2016)). The Complaint's bare, conclusory allegation that "the value of the matter in controversy exceeds $75,000[,]" (Dkt. 1, Complaint at ¶ 6), does not satisfy plaintiff's burden to "both plead[] and prov[e] diversity jurisdiction." Rainero, 844 F.3d at 840.

Based on the foregoing, IT IS ORDERED THAT:

1. No later than **April 22, 2019**, plaintiff shall show cause in writing why this action should not be dismissed for lack of subject matter jurisdiction. Specifically, plaintiff shall file a First Amended Complaint establishing that complete diversity exists between plaintiffs and defendants and that the amount in controversy exceeds $75,000.

2. Failure to respond to this order to show cause by the deadline set forth above shall be deemed as consent to the dismissal of the action without prejudice for lack of subject matter jurisdiction. See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **ED CV 19-0441 FMO (KKx)** | Date | **April 8, 2019** |
|---|---|---|---|
| Title | **Jeffrey Street v. Refresco Beverages US, Inc.** | | |

| | Initials of Preparer | vdr |
|---|---|---|